**Date signed December 01, 2004**



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

IN RE:                                  :
                                        :
MILLARD P. JONES                        :     Case No. 04-29170PM
                                        :            Chapter 13
            Debtor                      :
- - - - - - - - - - - - - - - - - - - - :

**MEMORANDUM OF DECISION**

This case is before the court on the objection filed on behalf of Charles E. McClain, Sr., attorney for the Debtor, to this court's Order limiting his fee and directing a refund to the Debtor. This case was filed on August 16, 2004. Counsel filed a Statement pursuant to Federal Bankruptcy Rule 2016(b) stating that he had received $2,000.00 in advance. The court ordered that counsel refund to the Debtor everything in excess of $375.00.

Counsel's performance in this case fell well below the standard acceptable in this court. All pleadings filed by him on Debtor's behalf were stricken for failure to comply with the filing procedures of this court. The Debtor's case was dismissed on a motion filed prior to the scheduled meeting of creditors.

The Chapter 13 Plan sought to be filed on Debtor's behalf provided for payments of $50.00 a month for 60 months, providing a total payment of $3,000.00, from which would be deducted the Trustee's commission. The Plan mischaracterized the security claims as priority claims and did not provide for the payment of arrearages to secured creditors. In any event, the Plan was not sufficiently funded to pay the arrears. In addition, the Trustee's objection to confirmation of the Plan spells out several inadequacies on the part of counsel.

For all these reasons, counsel's objection to the Order of this court limiting his fee to $375.00 and directing the excess over this amount to be returned to the Debtor will be overruled. An appropriate order will be entered.

cc:
Charles E. McClain Sr., Esq., 3100-A Ritchie Road, Forestville, MD 20747
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902
United States Trustee, 6305 Ivy Lane, #600, Greenbelt  MD  20770
Millard P. Jones, 7 Notley Road, Ft. Washington, MD 20744

**End of Memorandum**